UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v().                                            Case No. 23-cv-11916
                                              Honorable Linda V. Parker

IN & OUT 420, LLC and
MOHAMMED AL BAADANI,

    Defendants.
_____/

**<u>OPINION AND ORDER LIFTING STAY AND STRIKING DEFENSES OF DEFENDANT IN & OUT 420, LLC, ONLY</u>**

On January 10, 2024, this Court granted a motion to withdraw as counsel filed by Defendants' then attorney, William L. Thompson and Varnum LLP. (ECF No. 17.) The Court stayed the matter for 30 days to allow Defendants to retain new counsel and warned Defendants that, because corporate entities cannot proceed without an attorney, the failure to retain new counsel "will result in Defendant's defenses being stricken without further notice of the Court, and the Court . . . conduct[ing] further proceedings in its absence in accordance with the law." (*Id.*)

The 30 days have expired, and no attorney has entered an appearance on behalf of Defendants on the docket, as instructed in the Court's order. (*Id.*) While Defendant Al Baadani may proceed in this action pro se, Defendant In & Out 420 LLC may not. *See, e.g., Rowland v. Calif. Men's Colony*, 506 U.S.

194, 201-02 (1993) (citing cases); *Doherty v. Am. Motors Corp.*, 728 F.3d 334, 340 (6th Cir. 1984) (citations omitted).

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that Defendant In & Out 420 LLC's defenses are **STRICKEN**.

**IT IS FURTHER ORDERED** that the parties must appear for a Telephonic Status Conference on **March 7, 2024 at 2:00 p.m.** Counsel and Defendant Al Baadani shall call the Court's conference line at **1-810-674-0063** and use **Access Code 770248871#**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 26, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 26, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager